**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6910

VINCENT KYLE TAYLOR,

Plaintiff - Appellant,

v.

HAROLD CLARKE, Director, Department of Corrections; MR. WALKER, Warden; DR. NWAKUCHA, Medical Doctor; MR. HORN, Sergeant; B. BOISE, Correctional Officer; MR. DIGGS, Warden; MS. CLARKE, Medical Doctor; M. PRICE, Medical Administrator; MR. HARDING, Sergeant,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:15-cv-01188-JCC-TCB)

Submitted:  December 15, 2016          Decided:  December 19, 2016

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vincent Kyle Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Kyle Taylor appeals the district court's order dismissing Taylor's 42 U.S.C. § 1983 (2012) complaint, and he has filed motions for appointment of counsel. Taylor's failure to challenge on appeal the district court's dispositive holdings amounts to a waiver of appellate review of those holdings. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Thus, we affirm the district court's judgment. Taylor v. Clarke, No. 1:15-cv-01188-JCC-TCB (E.D. Va. June 23, 2016). We deny Taylor's motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED